### 9730. STEWART *v.* FINCHER.

BROYLES, P. J. Under the facts of the case the court did not err in dismissing the petition for certiorari.

　　　*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
　　　DECIDED JULY 30, 1918.

Petition for certiorari; from Butts superior court—Judge Searcy. February term, 1918.

*C. L. Redman,* for plaintiff in error. *H. M. Fletcher,* contra.